# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| **MATHEW ROGERS, individuallyon behalf of all others similarly situated** ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff* | Civil Action No. 5:26-cv-04097 KK (Ex) |
| v. | |
| **BYZLOAN CORP.** | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Michele Lewandowski, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to BYZLOAN CORP. in Hillsborough County, FL on August 6, 2026 at 3:50 pm at 5111 Lakecastle Drive, c/o Jonathan Raven, Registered Agent, Tampa, FL 33624 by leaving the following documents with Kelly Ravens who, as Manager/Administrator, is authorized by appointment or by law to receive service of process for BYZLOAN CORP.

NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM
SUMMONS IN A CIVIL ACTION
CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)
CIVIL STANDING ORDER
Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
CLASS ACTION COMPLAINT

Additional Description:
Acknowledged to accept all legal documents in the absence of the RA.
Race: White, Sex: Female, Est. Age: 35-44, Hair: Brown, Glasses: N, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=28.1077594,-82.5347722
Photograph: See Exhibit 1

Total Cost: $133.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Hillsborough County                         ,

   FL    on   8/10/2026                 .

/s/ *Michele Lewandowski*
_____

Michele Lewandowski - +1 (201) 803-1844



Exhibit 1a)
8/6/2026 3:50 pm EDT
5111 Lakecastle Drive, c/o Jonathan Raven, Registered Agent, Tampa, FL 33624
28.1077594, -82.5347722