Tuan Van Uong, Esq. (SBN 272447)
SESSIONS ISRAEL & SHARTLE, L.L.P.
4747 Morena Blvd., Suite 358
San Diego, CA 92117
Tel: 619/758-1891
Fax: 877/334-0661
tuong@sessions.legal

*Attorney for ByzLoan*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW ROGERS, individually on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>BYZLOAN CORP.,<br><br>Defendant. | Case No.: 5:26-cv-04097 KK-E<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Current response date: August 27, 2026<br>New response date: September 25, 2026 |

It is hereby stipulated by Plaintiff Mathew Rogers and Defendant ByzLoan, through undersigned counsel, that ByzLoan shall have an extension of time to respond to the Complaint, from August 27, 2026 up to and including **September 25, 2026**.

The extension is needed to allow defense counsel time to investigate Plaintiff's claims in preparation for responding to the Complaint, and for the parties to evaluate the prospects for early resolution of this matter. This stipulation is made in good faith and not for any purpose of delay.

This stipulation does not extend the time to respond by more than a cumulative total of thirty (30) days from the date ByzLoan's response initially would have been due.

IT IS SO STIPULATED.

Dated: August 25, 2026

SESSIONS, ISRAEL & SHARTLE, L.L.P.

*/s/ Tuan Van Uong*
Tuan Van Uong
Attorney for Defendant
ByzLoan

Dated: August 25, 2026

Law Offices of Strauss Borrelli, PLLC

*/s/ Carly M. Roman*
Carly M. Roman
Attorney for Plaintiff
Mathew Rogers

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Carly M. Roman, counsel for Plaintiff, and that I have obtained Ms. Roman's approval of her electronic signature to this document.

*/s/ Tuan Van Uong*
Tuan Van Uong