NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Tuan Van Uong, Esq. (SBN 272447)
Sessions, Israel & Shartle, LLP
4747 Morena Blvd., Suite 358
San Diego, CA 92117
Tel: 619-758-1891
email: tuong@sessions.legal

ATTORNEY(S) FOR: ByzLoan

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Mathew Rogers, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

ByzLoan Corp.

Defendant(s)

CASE NUMBER: 5:26-CV-04097 KK-E

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ByzLoan or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ByzLoan | Defendant |

August 25, 2026
Date

/s/Tuan Van Uong
Signature

Attorney of record for (or name of party appearing in pro per):

ByzLoan