Tuan Van Uong, Esq. (SBN 272447)
SESSIONS ISRAEL & SHARTLE, L.L.P.
4747 Morena Blvd., Suite 358
San Diego, CA 92117
Tel: 619/758-1891
Fax: 877/334-0661
tuong@sessions.legal

*Attorney for ByzLoan*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW ROGERS, individually on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>BYZLOAN CORP.,<br><br>Defendant. | Case No.: 5:26-cv-04097 KK-E<br><br>STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 7-1)<br>(2nd Request)<br><br>Current response date: Sept. 25, 2026<br>New response date: October 26, 2026 |

Defendant, Byzloan Corp., through counsel, hereby requests this Court enter an Order granting Byzloan Corp. a second extension of time until October 26, 2026, to answer the Complaint filed by Matthew Rogers ("Plaintiff"), and states:

1. Plaintiff served Byzloan Corp. with the Summons and Complaint on August 6, 2026.

2. By stipulation, the parties agreed to extend the responsive pleading deadline to September 25, 2026.

3. Counsel for Byzloan Corp. is still investigating and is in contact with counsel for plaintiff concerning the claims, law, and avenues for resolution.

4. Byzloan Corp.'s counsel has conferred with counsel for Plaintiff, who has indicated they are unopposed to an extension of time until October 26, 2026 for Byzloan Corp. to respond to the Complaint.

5. This extension is being requested so that justice can be done and not in any way for the purpose of delay. Granting the relief sought in this Stipulation would not prejudice any party and will save time and costs of the Court and the parties.

WHEREFORE, Defendant, Byzloan Corp. respectfully requests the Court to grant this Joint Stipulation for Further Extension of Time to Respond to the Initial Complaint, and any such other further relief that this Court deems just and proper.

Dated: September 25, 2026

SESSIONS, ISRAEL & SHARTLE, L.L.P.

*/s/ Tuan Van Uong*
Tuan Van Uong
Attorney for Defendant
ByzLoan Corp.

Dated: September 25, 2026

Law Offices of Strauss Borrelli, PLLC

*/s/ Carly M. Roman*
Carly M. Roman
Attorney for Plaintiff
Mathew Rogers

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Carly M. Roman, counsel for Plaintiff, and that I have obtained Ms. Roman's approval of her electronic signature to this document.

*/s/ Tuan Van Uong*
Tuan Van Uong