UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW ROGERS, individually on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>BYZLOAN CORP.,<br><br>Defendant. | Case No.: 5:26-cv-04097 KK-E<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 7-1) (2nd Request)<br><br>Current response date: Sept. 25, 2026<br>New response date: October 26, 2026 |

Upon consideration of the Joint Stipulation for Further Extension of Time for Defendant, Byzloan Corp., to Respond to Initial Complaint, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

The Stipulation is GRANTED. Defendant, Byzloan Corp, shall have up to and including **October 26, 2026**, to answer or otherwise respond to Plaintiff's Complaint.

Dated: ___________

_______________________________
HONORABLE KENLY KIYA KATO
United States District Judge