Carly M. Roman, (SBN 349895)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff Mathew Rogers*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION AT RIVERSIDE**

| | |
|---|---|
| MATHEW ROGERS, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>v.<br><br>BYZLOAN CORP.,<br><br>Defendant. | No. 5:26-cv-04097-KK-E<br><br>Honorable Judge Kenly K. Kato<br><br>Honorable Mag. Judge Charles F. Eick<br><br>JOINT NOTICE OF SETTLEMENT |

COMES NOW Plaintiff Mathew Rogers and Defendant Byzloan Corp. (together, the "Parties"), by and through their undersigned counsel, to hereby notify the Court that the Parties have reached an agreement in principle on the material terms of an individual settlement of this matter.

Accordingly, the Parties respectfully request that the Court stay all

proceedings in this case pending the filing of dismissal papers, which the Parties anticipate filing within the next sixty (60) days.

RESPECTFULLY SUBMITTED this 24th day of November, 2026.

*<u>/s/ Carly M. Roman</u>*
Carly M. Roman, CA Bar No. #349895
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff Mathew Rogers*

*<u>/s/ Tuan Van Uong</u>*
Tuan Van Uong, Esq. (SBN 272447)
**SESSIONS ISRAEL & SHARTLE, L.L.P.**
4747 Morena Blvd., Suite 358
San Diego, CA 92117
Tel: 619/758-1891
Fax: 877/334-0661
tuong@sessions.legal

*Counsel for Defendant Byzloan Corp.*

## CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on November 24, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 24th day of November, 2026.

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman, CA Bar No. #349895
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff Mathew Rogers*